IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

H&R BLOCK EASTERN
ENTERPRISES, INC.,

      Plaintiff,

vs.                              CASE NO.: 1:06cv93-SPM/WCS

MICHAEL PERKINS,

      Defendant.
_____/

**ORDER DIRECTING DEFENDANT TO RESPOND**

This cause comes before the Court on Plaintiff's Notice of Defendant's Failure to Comply with Order (doc. 83). The order (doc. 80) required Defendant to sign the settlement agreement and all necessary documents to effect settlement by April 6, 2007.

Plaintiff contends that Defendant signed the agreement, but altered the agreement's date without permission and without notifying Plaintiff. If true, it appears that Defendant is committed to a course of obstructionist behavior and is refusing to comply with Court orders and his obligations under the settlement agreement. Defendant's attorney, moreover, is placed in a difficult position if he cannot, or will not, control his client's course of conduct.

Before determining whether sanctions are appropriate, the Court will allow

Defendant an opportunity to respond.  Accordingly, it is

ORDERED AND ADJUDGED that on or before 12 Noon, EDT, April 13, 2007, Defendant shall file a written response to Plaintiff's notice (doc. 83).

DONE AND ORDERED this 12th day of April, 2007.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 1:06cv93-SPM/WCS