IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

H&R BLOCK EASTERN
ENTERPRISES, INC.,

        Plaintiff,

vs.                                                CASE NO.: 1:06cv93-SPM/WCS

MICHAEL PERKINS,

        Defendant.
_____/

## SUPPLEMENT TO ORDER TO SHOW CAUSE

Defendant has been ordered to appear before the Court at 1:30 p.m. on Monday, May 7, 2007, at the United States Courthouse in Gainesville, Florida, Courtroom 2, to show good cause why sanctions should not be imposed for his alleged alteration of the date of the settlement agreement. (Doc. 88).

Plaintiff has since filed a notice (doc. 93) advising that on April 30, 2007, Defendant failed to comply with the Court's order (doc. 87) requiring Defendant to provide Plaintiff with a list of all clients Defendant serviced after December 28, 2006 for the tax season ending April 18, 2007. Accordingly, it is

ORDERED AND ADJUDGED:

1.      At the May 7, 2007 hearing, in addition to the issue of altering the

date on the settlement agreement, Defendant shall show good cause why sanctions should not be imposed for his failure to provide Plaintiff with a client list, as ordered.

2. If Defendant fails to show good cause, the Court may hold Defendant in contempt of court and impose a fine of $100 a day for each day he fails to provide Plaintiff with the list, as ordered, and also require Defendant to pay an additional $250 to Plaintiff in costs.

3. The United States Marshal shall serve a copy of this order upon Defendant Michael Perkins at 4131 NW 13th Street, Suite 222, Gainesville, Florida, 32609-1863.

DONE AND ORDERED this 2nd day of May, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge