IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

H&R BLOCK EASTERN
ENTERPRISES, INC.,

       Plaintiff,

vs.                                            CASE NO.: 1:06cv93-SPM/WCS

MICHAEL PERKINS,

       Defendant.

_____/

## ORDER

       Defendant Michael Perkins appeared before the Court on Monday, May 7, 2007 to show good cause for his failure to comply with Court orders.  Mr. Perkins was given an opportunity to speak.  He explained that he is suffering from depression, he expressed disapproval of the Court's order finding that he entered into a binding settlement agreement, and he expressed dissatisfaction with his former lawyer, Carl R. Hayes.

       Mr. Perkins, however, offered no satisfactory explanation for his failure to comply with the Court's orders.  If Mr. Perkins continues to disobey Court orders,

he will be taken into custody and held until such time that he complies. Accordingly, it is hereby

ORDERED:

1.     On or before 12 Noon on Friday, May 11, 2007, Mr. Perkins shall provide to David Kight, counsel for H&R Block, a complete list of all clients served after December 28, 2006 by Mr. Perkins or Perks Family Tax Service for the tax season ending April 18, 2007.  This list shall include the name, address, phone number, social security number, and total fee charged, as required by paragraph I of the Amended Order and Judgment (doc. 87), dated April 13, 2007.

2.     Mr. Perkins shall appear at the United States Courthouse in Gainesville, Florida, Courtroom 2, at 1:00 p.m. on Friday, May 11, 2007, to report whether he has complied with the Court's orders.  Attorney David Kight will appear by telephone.

3.     The United States Marshal shall serve a copy of this order upon Defendant Michael Perkins at 4131 NW 13th Street, Suite 222, Gainesville, Florida, 32609-1863.

DONE AND ORDERED this 8th day of May, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge